# In The United States Court of Federal Claims

No. 09-152 L

(Filed: June 2, 2009)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative of
a Class of Similarly Situated Persons,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 29, 2009, defendant filed an unopposed motion for a thirty-day extension of time in which to file a response to the amended complaint it expects plaintiff to file on June 30, 2009. The motion is hereby **GRANTED**, in part, as follows:

1. If plaintiff chooses to file an amended complaint it shall do so on or before **June 15, 2009**; and

2. On or before **June 30, 2009**, defendant shall file its response to plaintiff's amended complaint, or to the original complaint if no amended complaint is filed.

**No further enlargement of these deadlines will be granted.**

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge