# In The United States Court of Federal Claims

No. 09-152L

(Filed: October 29, 2010)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

           Plaintiffs,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On October 28, 2010, the parties filed a joint motion to stay the summary judgment briefing schedule pending settlement negotiations. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Barring settlement, summary judgment briefing shall proceed according to the following schedule:

1. On or before November 19, 2010, plaintiff shall file its summary judgment motion;

2. On or before December 17, 2010, defendant shall file its response; and

3. On or before January 14, 2011, plaintiff shall file its reply.

**IT IS SO ORDERED.**

                                                           s/Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge