# In The United States Court of Federal Claims

No. 09-152L

(Filed: November 22, 2010)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this to case on Tuesday, December 7, 2010, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge