# In The United States Court of Federal Claims

No. 09-152L

(Filed: December 7, 2010)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, December 7, 2010, a telephonic status conference was held in this case. Participating in the conference were Steven Wald, for plaintiffs, and Peter Whitfield, for defendant. Consistent with discussions during the conference, the court adopts the following schedule:

1. On or before December 15, 2010, defendant shall file an opposition to plaintiffs' amended motion to dismiss, if any; and

2. On or before December 17, 2010, the parties shall file an amended joint proposed settlement, stipulations, and motion to amend the scheduling order.

**IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge