# In The United States Court of Federal Claims

No. 09-152L

(Filed: December 16, 2010)

---

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

---

### ORDER

On November 19, 2010, class counsel filed a motion to dismiss the claims of certain plaintiffs without prejudice, and, on November 23, 2010, amended its motion to reference the list of affected plaintiffs. On December 15, 2010, defendant filed its response to plaintiffs' amended motion. Defendant's objections are not well taken.

Accordingly, on or before January 14, 2011, the parties shall submit a draft notice affording the plaintiffs who are the subject of class counsel's motion an opportunity to object to the proposed voluntary dismissal. Said notice shall indicate that a fairness hearing will be held if any objections are received.

**IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge