# In The United States Court of Federal Claims

No. 09-152L

(Filed:  January 31, 2011)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, February 17, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge