# In The United States Court of Federal Claims

No. 09-152L

(Filed: February 28, 2011)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 17, 2011, a telephonic status conference was held. Participating in the conference were Steven M. Wald, for plaintiff, and Peter C. Whitfield, for defendant. Pursuant to discussions during the status conference, the court restores this case to the active docket. Accordingly, on or before March 7, 2011, the parties shall file a joint status report with a proposed briefing schedule.

    **IT IS SO ORDERED.**

                              s/Francis M. Allegra
                              Francis M. Allegra
                              Judge