# In The United States Court of Federal Claims

No.  09-152L

(Filed:  March 4, 2011)
_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

_____

## ORDER
_____

On March 2, 2011, the parties filed a joint status report proposing a briefing schedule. Accordingly, the court hereby adopts the following schedule:

1.  On or before March 25, 2011, plaintiffs shall file a motion to determine proper measure of just compensation;

2.  On or before April 15, 2011, defendant shall file its response and a cross-motion;

3.  On or before April 29, 2011, plaintiffs shall file their reply and a response to defendant's cross-motion; and

4.  On or before May 13, 2011, defendant shall file a reply to its cross-motion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge