# In The United States Court of Federal Claims

No. 09-152L

(Filed: July 19, 2011)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representatives
of a Class of Similarly Situated Persons,

                            Plaintiffs,

           v.

THE UNITED STATES,

                            Defendant.

_____

**ORDER**

_____

      Oral argument on parties' cross-motions for partial summary judgment will be held in this case on Wednesday, August 10, 2011, at 2:00 p.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

      **IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge