# In The United States Court of Federal Claims

No. 09-152L

(Filed: February 17, 2012)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, March 6, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                               s/ Francis M. Allegra
                                                               Francis M. Allegra
                                                               Judge