# In The United States Court of Federal Claims

No. 09-152L

(Filed:  March 6, 2012)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

                    Plaintiff,

            v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case.  Participating in the conference were Steven Wald, for plaintiffs, and Peter Whitfield, for defendant.  Consistent with discussions during the conference, the court hereby orders the following:

1. On or before June 8, 2012, the parties shall complete discovery on abandonment; and

2. On or before June 15, 2012, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge