# In The United States Court of Federal Claims

No. 09-152L

(Filed: June 18, 2012)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 15, 2012, the parties filed a joint status report requesting time to continue settlement negotiations.   Accordingly:

1.     This case is hereby **STAYED** until further order; and

2.     On or before July 30, 2012, the parties shall file a joint status report indicating the status of settlement negotiations.

**IT IS SO ORDERED.**

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge