# In The United States Court of Federal Claims

No. 09-152L

(Filed:  July 26, 2012)

_____

CAROLINA PLATING WORKS, INC.,
Individually for Itself and As Representative
of a Class of Similarly Situated Persons,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On July 25, 2012, the parties filed a joint status report, indicating that they have reached a tentative agreement on a settlement.  Accordingly, the court hereby orders the following:

1.     On or before August 31, 2012, and every 28 days thereafter, the parties shall file a joint status report regarding the progress of the settlement; and

2.     Notwithstanding this reporting requirement, the parties shall notify the court immediately if settlement discussions break down.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge