# In The United States Court of Federal Claims

No. 09-152L

(Filed: March 15, 2013)

———————

CAROLINA PLATING WORKS, INC., and
BENSON J. and ROSA LEE L. WALDROP,
husband and wife, Individually, For
Themselves and As Representatives of a Class
of Similarly Situated Persons, et al.,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

———————

**ORDER**

———————

Today, the court held a fairness hearing in this matter. For the reasons stated on the record, the court concludes that the settlement reached in this case is "fair, reasonable, and adequate." RCFC 23(e)(2). Accordingly, the court hereby approves the settlement pursuant to RCFC 23.

The Clerk is hereby **ORDERED** to enter judgment in favor of plaintiffs in the amount of $148,627.47, including interest, plus $375,000.00 for attorney fees and expenses.

**IT IS SO ORDERED.**

                                                            s/Francis M. Allegra
                                                             Francis M. Allegra
                                                              Judge